# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KABIR M. BUHARI**, | : CIVIL ACTION NO. 1:11-CV-0025 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **WARDEN MARY SABOL**, | : |
| Respondent | : |

## ORDER

AND NOW, this 8th day of February, 2011, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, in which petitioner seeks to be released from the custody of the Bureau of Immigration and Customs Enforcement ("ICE"), and it appearing that this court's order of January 19, 2011 (Doc. 5) was returned as undeliverable on January 28, 2011 (Doc. 8), and it further appearing from ICE's Online Detainee Locator System[1], that the petitioner is no longer in ICE custody, thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the merit of a suit or

---

[1] Upon entering petitioner's A-Number, 076088433, and his country of birth, Nigeria, into the locator system found at https://locator.ice.gov/odls/homePage.do, his status was returned as "Not in Custody."

prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2. The Clerk of Court is directed to CLOSE this case.

                                                 S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge